1

2 YOUNG CHO
ATTORNEY AT LAW 189870
LAW OFFICES OF LAWRENCE D. ROHLFING
3 12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA 90670-4712
4
TEL: 562/868-5886
5 FAX: 562/868-5491
E-MAIL: young_rohlfing.office@speakeasy.net
6
Attorney for plaintiff
7 SHARLENE C. DAVIS

8

9

10

11 **UNITED STATES DISTRICT COURT**

12 **CENTRAL DISTRICT OF CALIFORNIA**

13 SHARLENE C. DAVIS,                    ) Case No.:  CV 08-899 VBK
                                        )
14                                      ) ORDER
              Plaintiff,                )
15     vs.                              ) RE STIPULATION TO DISMISS
                                        )
16 MICHAEL J. ASTRUE,                   )
   Commissioner Social Security,        )
17                                      )
                                        )
18            Defendant                 )
                                        )
19 ───────────────────────────

20     IT IS HEREBY ORDERED, based on the stipulation by and between the
21 parties, through their respective counsel, that the court dismisses the above matter
   with prejudice.
22     IT IS SO ORDERED.

23 DATE: October 1, 2008

24                                           /s/
                                        _____
25
                                        THE HONORABLE VICTOR B. KENTON
                                        UNITED STATES MAGISTRATE JUDGE
26